IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NUMBER 4:25-CR-00125 |
| | § | |
| DARWIN ADALID ROMERO-GARCIA | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
OF FACT AND RECOMMENDATION ON GUILTY PLEA**

The Court referred this matter to the United States Magistrate Judge for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The Magistrate Judge conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea. The Magistrate Judge recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Count One of the Indictment.

The parties have not objected to the Magistrate Judge's findings. Having reviewed the Magistrate Judge's findings and recommendations, the Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge and accepts Defendant's guilty plea. It is further ORDERED that, in accordance with the Defendant's guilty plea and the Magistrate Judge's findings, Defendant Darwin Adalid Romero-Garcia is adjudged guilty as to Count One of the Indictment, charging a violation of Title 8 U.S.C. § 1326(a) and (b) - Illegal Reentry after Removal.

**So ORDERED and SIGNED this 2nd day of April, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE